**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Manuel SALAS–CARDENAS,**
**Defendant—Appellant.**

No. 07–30073.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2008 *.

Filed Jan. 24, 2008.

Betsy Horsman, Office of the U.S. Attorney, Helena, MT, for Plaintiff–Appellee.

R. Henry Branom, Jr., Esq., Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: HALL, O'SCANNLAIN, and PAEZ, Circuit Judges.

MEMORANDUM **

Jose Manuel Salas–Cardenas appeals from the 46–month sentence imposed following his guilty-plea conviction for re-entry of a deported alien, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Salas–Cardenas contends that his sentence is unreasonable because the district court failed to properly consider the factors contained in 18 U.S.C. § 3553(a). We disagree. The district court explicitly cited to § 3553(a), received and reviewed the defendant's sentencing memorandum, heard argument from both parties at the sentencing hearing, and articulated its reasoning to the degree required for meaningful appellate review. *See Rita v. United States,* —— U.S. ——, 127 S.Ct. 2456, 2469, 168 L.Ed.2d 203 (2007); *United States v. Perez–Perez,* 512 F.3d 514, 514–17 (9th Cir.2008) (as amended). We conclude that Salas–Cardenas's sentence is not unreasonable. *See Gall v. United States,* —— U.S. ——, 128 S.Ct. 586, 602, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.